# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No: 1:16-cv-08637<br>Judge Thomas Durkin |
| THE KROGER CO., ALBERTSONS COMPANIES, INC., HY-VEE, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>PECO FOODS, INC., *et al*,<br><br>Defendants. | Individual Case No. 1:18-cv-04534 |
| SAVE MART SUPERMARKETS,<br><br>Plaintiff,<br><br>vs.<br><br>PECO FOODS, INC., *et al*,<br><br>Defendants. | Individual Case No. 1:19-cv-02805 |
| ASSOCIATED GROCERS OF THE SOUTH, INC., MEIJER, INC.; MEIJER DISTRIBUTION, INC.; OSI RESTAURANT PARTNERS, LLC; PUBLIX SUPER MARKETS, INC., SUPERVALU INC., UNIFIED GROCERS, INC., ASSOCIATED GROCERS OF FLORIDA, INC., and WAKEFERN FOOD CORPORATION,<br><br>Plaintiffs,<br>vs.<br><br>PECO FOODS, INC., *et al.*,<br><br>Defendants. | Individual Case No: 1:18-cv-04616 |

**ORDER DISMISSING**
**CLAIMS WITH PREJUDICE OF PECO FOODS, INC.**

The parties in the above-styled action, through counsel, stipulate to the following approval:

This Stipulation is between Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc. and Save Mart Supermarkets (collectively, the "Kroger DAPs"), Plaintiffs Associated Grocers Of The South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Associated Grocers of Florida, Inc., and Wakefern Food Corporation (collectively, the "AGS DAPs"), and Defendant Peco Foods, Inc. ("Peco").

1. This Stipulation relates to *The Kroger Co., et al. v. Peco Foods, Inc., et al.*, Case No. 18-cv-04534, and *Save Mart Supermarkets v. Peco Foods, Inc., et al.*, Case No. 19-cv-02805 (collectively the "Kroger DAP Action"), and *Associated Grocers of the South, Inc. et al., v. Peco Foods, Inc., et al.*, Case No. 18-cv-04616 (the "AGS DAP Action").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Kroger DAPs, the AGS DAPs, and Peco stipulate and agree to the dismissal, with prejudice, of the Kroger DAPs' claims and the AGS DAPs' claims asserted against Peco in the Kroger DAP Action and the AGS DAP Action (including as set forth against Peco in the Amended DAP Consolidated Complaint, ECF No. 4244), with each side bearing their own attorneys' fees and costs. The Stipulation of Dismissal, with prejudice, has no bearing on the Kroger DAPs' claims or the AGS DAPs' claims against Defendants other than Peco.

**So Ordered** _Thomas M Durkin_ Dated: _October 8_, 2021
United States District Judge

2

Respectfully submitted,

By:   s/ *William J. Blechman*
    Richard Alan Arnold, Esquire
    William J. Blechman, Esquire
    Douglas H. Patton, Esquire
    Samuel J. Randall, Esquire
    Michael A. Ponzoli, Esquire
    KENNY NACHWALTER, P.A.
    1441 Brickell Avenue
    Suite 1100
    Miami, Florida 33131
    Tel: (305) 373-1000
    Fax: (305) 372-1861
    E-mail: rarnold@knpa.com
            wblechman@knpa.com
            dpatton@knpa.com
            srandall@knpa.com
            mponzoli@knpa.com

*Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc. and Save Mart Supermarkets*

By:   s/ *David P. Germaine*
    Joseph M. Vanek, Esquire
    Paul E. Slater, Esquire
    David P. Germaine, Esquire
    SPERLING & SLATER, P.C.
    55 West Monroe Street
    Suite 3200
    Chicago, Illinois 60603
    Tel: (312) 641-3200
    Fax: (312) 641-6492
    E-mail: jvanek@sperling-law.com
            pes@Sperling-law.com
            dgermaine@sperling-law.com

Phillip F. Cramer, Esquire
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South
Suite 1100
Nashville, Tennessee 37201
Tel: (615) 742-4200
E-mail: pcramer@srvhlaw.com

*Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc. Unified Grocers, Inc., Associated Grocers of Florida, Inc., and Wakefern Food Corp.*

By:   s/ *Boris Bershteyn*
    Boris Bershteyn, Esquire
    Lara Flath, Esquire
    SKADDEN, ARPS, SLATE, MEAGHER &
     FLOM LLP
    One Manhattan West
    New York, N.Y. 10001
    Tel: (212) 735-3000
    Fax: (212) 735-2000
    E-mail: boris.berhsteyn@skadden.com
             lara.flath@skadden.com

*Counsel for Defendant Peco Foods, Inc.*

639135.1

## **CERTIFICATE OF SERVICE**

David P. Germaine, certifies that on October 8, 2021 I caused a true and correct copy of the foregoing *Stipulation [and Proposed Order] Dismissing Claims with Prejudice of Peco Foods, Inc.* to be filed via CM/ECF.

                                                            */s/ David P. Germaine*
                                                            David P. Germaine