# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No: 1:16-cv-08637<br>Judge Thomas Durkin |
| THE KROGER CO., ALBERTSONS COMPANIES, INC., HY-VEE, INC.,<br><br>  Plaintiffs,<br><br>vs.<br><br>TYSON FOODS, INC., *et al*,<br><br>  Defendants. | Individual Case No. 1:18-cv-04534 |
| SAVE MART SUPERMARKETS,<br><br>  Plaintiff,<br><br>vs.<br><br>TYSON FOODS, INC., *et al*,<br><br>  Defendants. | Individual Case No. 1:19-cv-02805 |
| ASSOCIATED GROCERS OF THE SOUTH, INC., MEIJER, INC.; MEIJER DISTRIBUTION, INC.; OSI RESTAURANT PARTNERS, LLC; PUBLIX SUPER MARKETS, INC., SUPERVALU INC., UNIFIED GROCERS, INC., ASSOCIATED GROCERS OF FLORIDA, INC., and WAKEFERN FOOD CORPORATION,<br><br>  Plaintiffs,<br>vs.<br><br>TYSON FOODS, INC., *et al.*,<br><br>  Defendants. | Individual Case No: 1:18-cv-04616 |

## ORDER DISMISSING
## CLAIMS WITH PREJUDICE OF TYSON DEFENDANTS

The parties in the above-styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc. and Save Mart Supermarkets (collectively, the "Kroger DAPs"), Plaintiffs Associated Grocers Of The South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Associated Grocers of Florida, Inc., and Wakefern Food Corporation (collectively, the "AGS DAPs"), and Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc. and Tyson Poultry, Inc. (collectively "Tyson").

1. This Stipulation relates to *The Kroger Co., et al. v. Tyson Foods, Inc., et al.*, Case No. 1:18-cv-04534, and *Save Mart Supermarkets v. Tyson Foods, Inc., et al.*, Case No. 1:19-cv-02805 (collectively the "Kroger DAP Action"), and *Associated Grocers of the South, Inc. et al., v. Tyson Foods, Inc., et al.*, Case No. 1:18-cv-04616 (the "AGS DAP Action").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Kroger DAPs, the AGS DAPs, and Tyson stipulate and agree to the dismissal, with prejudice, of the Kroger DAPs' claims and the AGS DAPs' claims asserted against Tyson in the Kroger DAP Action and the AGS DAP Action (including as set forth against Tyson in the Amended DAP Consolidated Complaint, ECF No. 4244), with each side bearing its own attorneys' fees and costs. The Stipulation of Dismissal, with prejudice, has no bearing on the Kroger DAPs' claims or the AGS DAPs' claims against Defendants other than Tyson.

**So Ordered** ____/s/ Thomas M Durkin____  Dated: October 18, 2021
United States District Judge

Dated:  October 18, 2021

By: **s/ *William J. Blechman***
    Richard Alan Arnold, Esquire
    William J. Blechman, Esquire
    Douglas H. Patton, Esquire
    Samuel J. Randall, Esquire
    Michael A. Ponzoli, Esquire
    KENNY NACHWALTER, P.A.
    1441 Brickell Avenue
    Suite 1100
    Miami, Florida  33131
    Tel:  (305) 373-1000
    Fax:  (305) 372-1861
    E-mail:  rarnold@knpa.com
           wblechman@knpa.com
           dpatton@knpa.com
           srandall@knpa.com
           mponzoli@knpa.com

***Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc. and Save Mart Supermarkets***

By: **s/ *David P. Germaine***
    Joseph M. Vanek, Esquire
    Paul E. Slater, Esquire
    David P. Germaine, Esquire
    SPERLING & SLATER, P.C.
    55 West Monroe Street
    Suite 3200
    Chicago, Illinois  60603
    Tel:  (312) 641-3200
    Fax:  (312) 641-6492
    E-mail:  jvanek@sperling-law.com
           pes@Sperling-law.com
           dgermaine@sperling-law.com

Respectfully submitted,

Phillip F. Cramer, Esquire
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South
Suite 1100
Nashville, Tennessee  37201
Tel:  (615) 742-4200
E-mail:  pcramer@srvhlaw.com

***Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc. Unified Grocers, Inc., Associated Grocers of Florida, Inc., and Wakefern Food Corp.***

By: **s/ *Rachel J. Adcox***
    Rachel J. Adcox, Esquire
    AXINN, VELTROP & HARKRIDER LLP
    1901 L Street, N.W.
    Washington, D.C.  20036
    Tel:   (202) 912-4700
    E-mail:  radcox@axinn.com

***Counsel for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc. and Tyson Poultry, Inc.***

639229.1