# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No: 1:16-cv-08637<br>Judge Thomas Durkin |
| THE KROGER CO., ALBERTSONS COMPANIES, INC., HY-VEE, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>PILGRIM'S PRIDE CORPORATION, *et al,*<br><br>Defendants. | Individual Case No. 1:18-cv-04534 |
| SAVE MART SUPERMARKETS,<br><br>Plaintiff,<br><br>vs.<br><br>PILGRIM'S PRIDE CORPORATION, *et al,*<br><br>Defendants. | Individual Case No. 1:19-cv-02805 |
| ASSOCIATED GROCERS OF THE SOUTH, INC., MEIJER, INC.; MEIJER DISTRIBUTION, INC.; OSI RESTAURANT PARTNERS, LLC; PUBLIX SUPER MARKETS, INC., SUPERVALU INC., UNIFIED GROCERS, INC., ASSOCIATED GROCERS OF FLORIDA, INC., and WAKEFERN FOOD CORPORATION,<br><br>Plaintiffs,<br>vs.<br><br>PILGRIM'S PRIDE CORPORATION, *et al,*<br><br>Defendants. | Individual Case No: 1:18-cv-04616 |

## ORDER DISMISSING
## CLAIMS WITH PREJUDICE OF PILGRIM'S PRIDE CORPORATION

The parties in the above-styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc. and Save Mart Supermarkets (collectively, the "Kroger DAPs"), Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Associated Grocers of Florida, Inc., and Wakefern Food Corporation (collectively, the "AGS DAPs"), and Defendant Pilgrim's Pride Corporation ("Pilgrim's").

1. This Stipulation relates to *The Kroger Co., et al. v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-04534, and *Save Mart Supermarkets v. Pilgrim's Pride Corporation, et al.*, Case No. 1:19-cv-02805 (collectively the "Kroger DAP Action"), and *Associated Grocers of the South, Inc. et al., v. Pilgrim's Pride Corporation, et al.*, Case No. 1:18-cv-04616 (the "AGS DAP Action").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Kroger DAPs, the AGS DAPs, and Pilgrim's stipulate and agree to the dismissal, with prejudice, of the Kroger DAPs' claims and the AGS DAPs' claims asserted against Pilgrim's in the Kroger DAP Action and the AGS DAP Action (including as set forth against Pilgrim's in the Amended DAP Consolidated Complaint, ECF No. 4244), with each side bearing its own attorneys' fees and costs. The Stipulation of Dismissal, with prejudice, has no bearing on the Kroger DAPs' claims or the AGS DAPs' claims against Defendants other than Pilgrim's.

**So Ordered** *Thomas M Durkin* Dated: October 25, 2021
United States District Judge

Dated:  October 25, 2021

Respectfully submitted,

By:  s/ *William J. Blechman*
 Richard Alan Arnold, Esquire
 William J. Blechman, Esquire
 Douglas H. Patton, Esquire
 Samuel J. Randall, Esquire
 Michael A. Ponzoli, Esquire
 KENNY NACHWALTER, P.A.
 1441 Brickell Avenue
 Suite 1100
 Miami, Florida  33131
 Tel:  (305) 373-1000
 Fax: (305) 372-1861
 E-mail:  rarnold@knpa.com
   wblechman@knpa.com
   dpatton@knpa.com
   srandall@knpa.com
   mponzoli@knpa.com

*Counsel for Plaintiffs The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc. and Save Mart Supermarkets*

By:  s/ *David P. Germaine*
 Joseph M. Vanek, Esquire
 Paul E. Slater, Esquire
 David P. Germaine, Esquire
 SPERLING & SLATER, P.C.
 55 West Monroe Street
 Suite 3200
 Chicago, Illinois  60603
 Tel:  (312) 641-3200
 Fax: (312) 641-6492
 E-mail:  jvanek@sperling-law.com
   pes@Sperling-law.com
   dgermaine@sperling-law.com

Phillip F. Cramer, Esquire
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South
Suite 1100
Nashville, Tennessee  37201
Tel:  (615) 742-4200
E-mail:  pcramer@srvhlaw.com

*Counsel for Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc. Unified Grocers, Inc., Associated Grocers of Florida, Inc., and Wakefern Food Corp.*

By:  s/ *Carrie C. Mahan*
 Carrie C. Mahan (*#459802*)
 Christopher J. Abbott (*#1014487*)
 WEIL GOTSHAL & MANGES LLP
 2001 M Street, N.W.
 Suite 600
 Washington, D.C.  20036
 Tel:  (202) 682-7000
 Fax: (202) 857-0940
 E-mail:  carrie.mahan@weil.com
   christopher.abbott@weil.com

*Counsel for Defendant Pilgrim's Pride Corporation*

639726

## **CERTIFICATE OF SERVICE**

David P. Germaine, certifies that on October 25, 2021, I caused a true and correct copy of the foregoing *Stipulation [and Proposed Order] Dismissing Claims with Prejudice of Pilgrim's Pride Corporation* to be filed via CM/ECF.

                                                */s/ David P. Germaine*
                                                David P. Germaine